# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156507(51)

MARC McCRUMB,
   Plaintiff-Appellant,

v

JAMES McALOON-LAMPMAN and
ANNE BURNS,
   Defendants-Appellees,
and

INGHAM COUNTY BOARD OF
COMMISSIONERS.
_____/

SC: 156507
COA: 333357
Ingham CC: 13-001298-CL

   On order of the Chief Justice, the motion of defendants-appellees to file a late answer is GRANTED. The answer submitted on October 25, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk